PHILLIP A. TALBERT
United States Attorney
ALEXIS KLEIN
ROSS PEARSON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCUS MILLER,<br>REGINALD JONES,<br>FELICIA SHAW,<br>JIMMY VAN II, and<br>JAZZMINE CAMPBELL,<br><br>Defendants. | CASE NO. 2:23-CR-00150 DJC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE:   August 17, 2023<br>TIME:   9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

1. On June 16, 2023, this matter was set for status conference before the Honorable Daniel Calabretta on August 17, 2023. ECF No. 43. Time has been excluded through and including August 17, 2023, as to all of the above-captioned defendants. *Id.*

2. By this stipulation, the parties request to set a status conference on October 5, 2023, at 9:00 a.m., and to exclude time between August 17, 2023, and October 5, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Discovery associated with this case and produced to date includes more than 200 pages of reports and photographs, which have been either produced directly to counsel and/or made available for inspection and copying.

      b)      The government will be producing or making available additional discovery that is voluminous, as it includes cell phone extractions.

      c)      Counsel for the defendants desire additional time to consult with their respective clients, review the current charges, conduct investigation and research related to the charges, to review and copy discovery for this matter, and to otherwise prepare for trial.  Counsel for the defendants believe that the failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government joins the request to continue.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 17, 2023 to and including October 5, 2023, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

///
///
///
///
///
///

| | |
|---|---|
| Dated: August 10, 2023 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ ALEXIS KLEIN<br>ALEXIS KLEIN<br>ROSS PEARSON<br>Assistant United States Attorneys |
| Dated: August 10, 2023 | /s/ LINDA HARTER<br>LINDA HARTER<br>Counsel for Defendant<br>MARCUS MILLER |
| Dated: August 10, 2023 | By: /s/ DAVID FISCHER<br>DAVID FISCHER<br>Counsel for Defendant<br>REGINALD JONES |
| Dated: August 10, 2023 | By: /s/ PHILIP COZENS<br>PHILIP COZENS<br>Counsel for Defendant<br>FELICIA SHAW |
| Dated: August 10, 2023 | By: /s/ TASHA CHALFANT<br>TASHA CHALFANT<br>Counsel for Defendant<br>JIMMY VAN II |
| Dated: August 10, 2023 | By: /s/ KYLE KNAPP<br>KYLE KNAPP<br>Counsel for Defendant<br>JAZZMINE CAMPBELL |

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.  The Court vacates the August 17, 2023, status conference and resets the matter for a status conference on October 5, 2023, at 9:00 a.m.  The Court also finds that based on the facts set forth in the parties' stipulation, the failure to exclude time between August 17, 2023, and October 5, 2023, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court further finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time from August 17, 2023, to and including October 5, 2023, is excluded from the computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.

IT IS SO FOUND AND ORDERED this 14th day of August, 2023.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE