PHILLIP A. TALBERT
United States Attorney
ALEXIS KLEIN
ROSS PEARSON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCUS MILLER,<br>REGINALD JONES,<br>FELICIA SHAW,<br>JIMMY VAN II, and<br>JAZZMINE CAMPBELL,<br><br>Defendants. | CASE NO. 2:23-CR-00150 DJC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE:  October 5, 2023<br>TIME:  9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

1. This matter was set for status conference before the Honorable Daniel Calabretta on October 5, 2023. ECF No. 47. Time has been excluded through and including October 5, 2023, as to all of the above-captioned defendants. *Id.*

2. By this stipulation, the parties request to set a status conference on January 18, 2024, at 9:00 a.m., and to exclude time between October 5, 2023, and January 18, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Discovery associated with this case and produced to date includes reports and photographs, which have been either produced directly to counsel and/or made available for inspection and copying.

b) The government will be producing or making available additional discovery that is voluminous, as it includes cell phone extractions.

c) Counsel for the defendants desire additional time to consult with their respective clients, review the current charges, conduct investigation and research related to the charges, to review and copy discovery for this matter, and to otherwise prepare for trial.  Counsel for the defendants believe that the failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government joins the request to continue.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 5, 2023 to and including January 18, 2024, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

///
///
///
///
///
///

Dated:  October 2, 2023    PHILLIP A. TALBERT
United States Attorney

/s/ ALEXIS KLEIN
ALEXIS KLEIN
ROSS PEARSON
Assistant United States Attorneys

Dated:  October 2, 2023    /s/ LINDA HARTER
LINDA HARTER
Counsel for Defendant
MARCUS MILLER

Dated:  October 2, 2023    By:  /s/ DAVID FISCHER
DAVID FISCHER
Counsel for Defendant
REGINALD JONES

Dated:  October 2, 2023    By:  /s/ PHILIP COZENS
PHILIP COZENS
Counsel for Defendant
FELICIA SHAW

Dated:  October 2, 2023    By:  /s/ TASHA CHALFANT
TASHA CHALFANT
Counsel for Defendant
JIMMY VAN II

Dated:  October 2, 2023    By:  /s/ KYLE KNAPP
KYLE KNAPP
Counsel for Defendant
JAZZMINE CAMPBELL

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court vacates the October 5, 2023, status conference and resets the matter for a status conference on January 18, 2024, at 9:00 a.m. The Court also finds that based on the facts set forth in the parties' stipulation, the failure to exclude time between October 5, 2023 and January 18, 2024, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. Time from October 5, 2023, to and including January 18, 2024, is excluded from the computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.

IT IS SO FOUND AND ORDERED this 2nd day of October 2023.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE