UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
November 15, 2024
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MARCUS MILLER,<br><br>　　　　Defendant. | Case No.  2:23-cr-00150-DJC<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  MARCUS MILLER ,

Case No. 2:23-cr-00150-DJC , Charge 21 USC § 846, 841(a)(1), from custody for the following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

__X__   Unsecured Appearance Bond $   100,000.00

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

__X__   (Other):  The defendants release is delayed until November 20, 2024, at 9:00 AM.

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on November 15, 2024, at 3:30 PM.

　　　　　　　　　　　　　By:  /s/ Allison Claire
　　　　　　　　　　　　　　　　Magistrate Judge Allison Claire