MICHAEL D. LONG (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for MARCUS MILLER

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>MARCUS MILLER, et al.,<br><br>Defendant. | ) No. 2:23-cr-00150-DJC-1<br>)<br>) STIPULATION AND ORDER MODIFYING<br>) THE SCHEDULE FOR Mr. MILLER'S<br>) PRE-SENTENCE REPORT FOR A NEW<br>) SENTENCING DATE OF NOVEMBER 12, 2026<br>)<br>)<br>) Judge: Hon. Daniel J. Calabretta |

================================)

Defendant MARCUS MILLER is requesting a continuance of his sentencing hearing, which is presently set for October 8, 2026. AUSA Ross Pearson, on behalf of the United States Attorney's Office, and USPO Miranda Lewis, on behalf of the United States Probation Office, have no objection to the requested continuance for November 12, 2026. The parties hereby stipulate to re-set the schedule for the Presentence Report as follows:

Judgment and Sentencing Date: November 12, 2026

Reply, or Statement of Non-opposition: November 5, 2026

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: October 29, 2026

The revised final Presentence Report will be filed with the Court on October 22, 2026

Counsel's informal objections will be filed by October 15, 2026

The draft Presentence Report was filed on September 9, 2026.

Dated: September 11, 2026

Respectfully submitted,

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for Marcus Miller

Dated: September 11, 2026

ERIC GRANT
United States Attorney

/s/ Ross Pearson
ROSS PEARSON
Assistant U.S. Attorney

ORDER

**<u>GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED</u>**.

The Court hereby orders that the schedule for Mr. Miiller's Presentence Report is amended as follows:

Judgment and Sentencing Date: November 12, 2026, at 9:00 AM

Reply, or Statement of Non-opposition: November 5, 2026

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: October 29, 2026

The revised final Presentence Report will be filed with the Court on October 22, 2026

Counsel's informal objections will be filed by October 15, 2026

Dated: September 11, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE